## In the Matter of FRANCO BELGIQUE TOURS CO., Inc., Bankrupt.
### No. 313.

Circuit Court of Appeals, Second Circuit.
March 20, 1933.

Lewis H. Saper, of New York City, for appellant.

Morton Lexow, of Suffern, N. Y. (Alton W. Teale, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Orders affirmed.

■

## Max L. FRIEDBERG and James B. Wilson, Appellants, v. UNITED STATES of America, Appellee.*
### No. 6707.

Circuit Court of Appeals, Fifth Circuit.
March 20, 1933.

Ion L. Farris, of Jacksonville, Fla., for appellants.

W. P. Hughes, U. S. Atty., and Wm. A. Paisley, Asst. U. S. Atty., both of Jacksonville, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The extraordinary motion for leave to apply to the District Court for a new trial is denied. Realty Acceptance Corporation v. Montgomery, 284 U. S. 547, 52 S. Ct. 215, 76 L. Ed. 476.

The judgment is affirmed.

■

## E. A. FULGHUM and R. E. Bricken, Appellants, v. UNITED STATES of America, Appellee.
### No. 6599.

Circuit Court of Appeals, Fifth Circuit.
March 20, 1933.

Rehearing Denied April 21, 1933.

Ion L. Farris and M. H. Myerson, both of Jacksonville, Fla., for appellants.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.
The judgment is affirmed.